1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant
   KAISER PERMANENTE WELFARE BENEFIT PLAN
6  (INCORRECTLY SUED AS "KAISER PERMANENTE MEDICAL
   GROUP LONG-TERM DISABILITY PLAN")
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11
   | LISA FRITZ,                        | CASE NO. C 07-03587                               |
   |                                    |                                                    |
   |        Plaintiff,                  | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
   |        v.                          |                                                    |
   | KAISER PERMANENTE MEDICAL          |                                                    |
   | GROUP LONG-TERM DISABILITY PLAN,   |                                                    |
   |        Defendant.                  |                                                    |

         Pursuant to Northern District Local Rule 6-1(a), Plaintiff Lisa Fritz and Defendant Kaiser

   Permanente Welfare Benefit Plan (incorrectly sued as "Kaiser Permanente Medical Group Long-

   Term Disability Plan"), by and through their attorneys, hereby stipulate and agree to an extension

   of time for Defendant to respond to Plaintiff's complaint, and that Defendant's responsive

   pleading will be due by September 10, 2007.

   ///

   ///

   ///

   ///

   ///

1   There have been no prior extensions of time.

2   IT IS SO AGREED AND STIPULATED.

3   DATED: August 17, 2007        LEWIS, FEINBERG, LEE, RENAKER & JACKSON

6                                  By: /s/ Cassie Springer-Sullivan (as authorized 8/17/07)
                                        Cassie Springer-Sullivan
7                                       Attorneys for Plaintiff Lisa Fritz

8   DATED: August 17, 2006        SEDGWICK, DETERT, MORAN & ARNOLD LLP

11                                 By: /s/ Rebecca A. Hull
                                        Rebecca A. Hull
12                                      Michael N. Westheimer
                                        Attorneys for Defendant
13                                      KAISER PERMANENTE WELFARE BENEFIT
                                        PLAN (INCORRECTLY SUED AS "KAISER
                                        PERMANENTE MEDICAL
14                                      GROUP LONG-TERM DISABILITY PLAN")