SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CHRISTOPHER J. KELLER  Bar No. 178491
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Kaiser Permanente Welfare Benefit Plan
incorrectly sued as Kaiser Permanente Medical Group Long-Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FRITZ, | CASE NO. C 07-03587 SC |
| Plaintiff, | DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| KAISER PERMANENTE MEDICAL GROUP LONG-TERM DISABILITY PLAN, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

///

///

///

///

1.  Metropolitan Life Insurance Company; and
2.  Kaiser Permanente Welfare Benefit Plan

DATED: September 10, 2007     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Christopher Keller
Attorneys for Defendant