**United States District Court**
For the Northern District of California

1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7    LISA FRITZ,                              No. C-07-3587-SC
8              Plaintiff,                     **ORDER OF RECUSAL**
9        v.
10   KAISER PERMANENTE MEDICAL GROUP
     LONG TERM DISABILITY PLAN
11
12             Defendant.
     _____/
13
14       TO ALL PARTIES AND COUNSEL OF RECORD:
15       I, the undersigned judge of the court, finding myself disqualified in the above-entitled action,
16   hereby recuse myself from this case and request that the case be reassigned pursuant to the
     provisions of General Order 44 paragraph E.2 of the Assignment Plan.
17       All pending dates of motions, pretrial conferences and trial are hereby vacated and will be
18   reset by the newly assigned judge.
19
20       **IT IS SO ORDERED.**
21
22   Dated: 9/10/07                           _____
23                                            SAMUEL CONTI
                                              UNITED STATES DISTRICT JUDGE
24
25
26
27
28