IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA FRITZ,                                                   No. C 07-03587SI

       Plaintiff,                                          **NOTICE**

  v.

KAISER PERMANENTE MEDICAL GROUP LONG-TERM DISABILITY PLAN,

       Defendant.
                                                              /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, November 16, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: September 14, 2007                                     RICHARD W. WIEKING, Clerk

 

                                                                       Tracy Sutton
                                                                       Deputy Clerk