Teresa Renaker – CA State Bar No. 187800
Cassie Springer-Sullivan – CA State Bar No. 221506
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
cssullivan@lewisfeinberg.com
trenaker@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FRITZ, | ) |
| | ) |
| Plaintiff, | ) Case No.07-03587 (SI) |
| | ) |
| vs. | ) **PLAINTIFF'S CERTIFICATION OF** |
| | ) **INTERESTED ENTITIES OR** |
| KAISER PERMANENTE MEDICAL GROUP | ) **PERSONS** |
| LONG-TERM DISABILITY PLAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 10, 2007                                    Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.


By:     /s/ _____
        Cassie Springer-Sullivan
        Attorneys for Plaintiff