UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LISA FRITZ

          Plaintiff(s),

    v.

KAISER PERMANENTE MEDICAL
GROUP LONG-TERM DISABILITY PLAN

          Defendant(s).
_____/

CASE NO. C 07-03587 SC

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 16, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Rebecca Hull | Kaiser Permanente Welfare Benefit Plan | 415-627-1565 | rebecca.hull@sdma.com |
| Cassie Springer-Sullivan | Plaintiff Lisa Fritz | 510-839-6824 | cssullivan@lewisfeinberg.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/26/07

                                                     Attorney for Plaintiff

Dated: 10/26/07

                                                     Attorney for Defendant

Rev 12.05 When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."