Teresa Renaker – CA State Bar No. 187800
Cassie Springer-Sullivan – CA State Bar No. 221506
Michelle L. Roberts – CA State Bar No. 239092
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
E-mail:trenaker@lewisfeinberg.com
cssullivan@lewisfeinberg.com
mroberts@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA FRITZ,<br><br>        Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE MEDICAL GROUP LONG-TERM DISABILITY PLAN,<br><br>        Defendant. | Case No. C07-03587 (SI)<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE [CASE NO. C07-03587 (SI)]

1
2
3
4
5

PLEASE TAKE NOTICE that attorney Michelle L. Roberts of the law firm of Lewis, Feinberg, Lee, Renaker & Jackson, P.C., located at 1330 Broadway, Suite 1800, Oakland, California 94612 hereby appears as an additional attorney of record, together with other attorneys of record, on behalf of the Plaintiff in the above-captioned case.

6   Dated: November 15, 2007                    Respectfully submitted,
7
8                                               LEWIS, FEINBERG, LEE,
                                                RENAKER & JACKSON P.C.
9
10                                       By:    /s/
                                                Michelle L. Roberts
11                                              Attorneys for Plaintiff

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE [CASE NO. C07-03587 (SI)]