Case continued to **5/16/08     @ 9:00 a.m.**   for Motions
(Motion due **3/28/08**, Opposition/xo. Mo. **4/11/08** Reply/oppo **4/25/08**, Final Reply **5/2/07**)

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Counsel shall participate in limited written discovery.

This case shall be referred to the Court's mediation program.  The mediation session shall occur before January 14, 2008.