## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 11/16/07

Case No.   C-07-3587 SI            Judge:   SUSAN ILLSTON

Title: LISA FRITZ  -v-  KAISER PERMANENTE

Attorneys: M. Roberts            C. Keller

Deputy Clerk: Tracy Sutton   Court Reporter:

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to **5/16/08    @ 9:00 a.m.**   for Motions
(Motion due **3/28/08**, Opposition/xo. Mo. **4/11/08** Reply/oppo **4/25/08**, Final Reply **5/2/07**)

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Counsel shall participate in limited written discovery.

This case shall be referred to the Court's mediation program.  The mediation session shall occur before January 14, 2008.

Cc: ADR