SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CHRISTOPHER J. KELLER  Bar No. 178491
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Kaiser Permanente Welfare Benefit Plan
incorrectly sued as Kaiser Permanente Medical Group Long-Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FRITZ,<br><br>        Plaintiff,<br><br>    v.<br><br>KAISER PERMANENTE MEDICAL GROUP LONG-TERM DISABILITY PLAN,<br><br>        Defendant. | CASE NO. C 07-03587 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO COMPLETE MEDIATION**<br><br>Date:    Submitted<br>Judge:   Hon. Susan Illston |

**RECITALS**

1. The Court in its November 20, 2007 Case Management Order directed the parties to complete mediation pursuant to the Court's mediation program by January 14, 2008.

2. The parties in good faith have attempted to schedule mediation within the timeframe allotted by the Court. Defendant's client representative, who must travel from out of town, is available to participate in mediation on January 18, 2008.

3.. Plaintiff and her counsel are available to participate in mediation on January 18, 2008.

4. The Court appointed mediator, Michael Loeb, is available and has agreed to

participate in the mediation of this case on January 18, 2008.

WHEREFORE, Defendant and the Plaintiff by and through their respective counsel stipulate as follows:

## STIPULATION

1. The parties agree to participate in mediation on January 18, 2008.

2. Mediation shall be completed no later than January 22, 2008.

3. The parties request the Court to enter an order changing the date by which mediation shall be completed to January 22, 2008.

DATED: December __, 2007   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:_____
Cassie Springer-Sullivan
Attorney for Plaintiff
Lisa Fritz

DATED: December 18, 2007   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
Rebecca A. Hull
Attorneys for Defendant
Kaiser Permanente Welfare Benefit Plan
incorrectly sued as Kaiser Permanente Medical Group
Long-Term Disability Plan

participate in the mediation of this case on January 18, 2008.

WHEREFORE, Defendant and the Plaintiff by and through their respective counsel stipulate as follows:

### STIPULATION

1. The parties agree to participate in mediation on January 18, 2008.

2. Mediation shall be completed no later than January 22, 2008.

3. The parties request the Court to enter an order changing the date by which mediation shall be completed to January 22, 2008.

DATED: December 18, 2007    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: _____
Cassie Springer-Sullivan
Attorney for Plaintiff
Lisa Fritz

DATED: December 18, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Attorneys for Defendant
Kaiser Permanente Welfare Benefit Plan
incorrectly sued as Kaiser Permanente Medical Group
Long-Term Disability Plan

1  [PROPOSED] ORDER

2      Pursuant to the Stipulation above, mediation in the captioned matter shall be completed
3  no later than January 22, 2008:

6  IT IS SO ORDERED.

7  Dated:_____           _____
8                                  HONORABLE SUSAN IILSTON
                                    UNITED STATES DISTRICT JUDGE